# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 31, 2024

## NO. 03-24-00107-CV

**Venky Venkatraman, Appellant**

**v.**

**Texas Board of Law Examiners, Appellee**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
VACATED AND DISMISSED FOR WANT OF JURISDICTION –
OPINION BY JUSTICE BAKER**

---

This is an appeal from the order signed by the trial court on January 26, 2024. Having reviewed the record, the Court holds that district court lacked subject matter jurisdiction. Therefore, the Court vacates the district court's order and dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.